IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE THOMPSON and DONNA JEREZ,<br><br>    Plaintiffs,<br><br>v.<br><br>GENENTECH, INC.,<br><br>    Defendant._____/ | No. C-04-3272  MJJ<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER** |

On May 5, 2005, the parties filed a Stipulated Protective Order. The Court orders the parties to submit a revised proposed protective order complying with the requirements set forth below:

1) Provide detailed instructions for filing confidential materials under seal. In addition to placing documents in a sealed envelope with instructions that the document is filed pursuant to the Stipulated Protective Order and that the envelope is not to be opened absent further order of the Court, the envelope should be labeled to identify the title of the case, the case number, and the title of the document.

2) Attach a Non-Disclosure Agreement, and reference that agreement in the protective order, to be read and signed by anyone to whom confidential material is disclosed. The NDA should include an acknowledgment that the protective order has been read, that the party has agreed to be bound by its terms, and that the party agrees to submit to the jurisdiction of this court if any dispute arises over the use of the information.

3) Designate a time limit on the Court's jurisdiction to enforce the terms of the order (e.g., six months after final termination of the action).

**IT IS SO ORDERED.**

Dated: May 6, 2005

/s/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE