United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE THOMPSON and DONNA JEREZ, | No. C 04-03272 MJJ (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER SCHEDULING MEET AND CONFER SESSION** |
| GENENTECH, INC., | |
| Defendant. | |

The Court is in receipt of the "Joint Discovery Letter" filed by plaintiffs Thompson and Jerez ("Plaintiffs"), and defendant Genentech ("Defendant") on May 25, 2005. The parties are in dispute regarding Thompson's First Set of Interrogatories, Nos. 1-4; Thompson's First Set of Request for Production of Documents, No. 6; and Jerez's First Set of Request for Production of Documents, No. 6. Upon review of the parties' letter, the Court finds that Plaintiffs' requests are overly broad. However, the Court also finds that the information sought by Plaintiffs is relevant to their claims. Accordingly, the Court hereby ORDERS the parties to appear for a meet and confer session on June 30, 2005 at 9:00 a.m. in Judge James' chambers, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. At this session, the parties shall come prepared to meaningfully discuss any outstanding discovery issues. Specifically, the parties shall discuss how best to narrow the scope of Plaintiffs' discovery requests. If unable to resolve their disputes, the parties shall then prepare a letter in accordance with Judge James' Discovery Standing

Order. The parties shall bring a laptop and diskette for preparation of said letter. However, if the parties resolve their disputes before June 30, this Order shall be vacated.

**IT IS SO ORDERED.**

Dated: June 13, 2005       /s/ Maria-Elena James  
MARIA-ELENA JAMES  
United States Magistrate Judge