<table>
<tr><td>TERENCE O. MAYO<br>RICHARD M. ROGERS</td><td align="center">MAYO & ROGERS<br>ATTORNEYS AT LAW<br>114 SANSOME STREET, #1310<br>SAN FRANCISCO, CALIFORNIA 94104</td><td>TELEPHONE<br>(415)397-1515<br>FAX (415)397-1540</td></tr>
</table>

June 14, 2005

The Honorable Maria-Elena James                                   **Via E-file**
U.S. District Court – Northern District of California
450 Golden Gate Avenue, Courtroom B
San Francisco, CA  94102

Re:     *Thompson, Jerez v. Genentech*; USDC No. C04-03272 MJJ (MEJ)

Dear Magistrate Judge James:

I am going to be on vacation from June 17 through July 5, 2005.  A Notice of Unavailability was filed on March 25, 2005.  Could we please reschedule the meet and confer session (per your Order of June 13, 2005) to July 7, 2005, at 9:00 a.m.?  I have been advised that Ms. Achorn has resigned from Heller, Ehrman, White & McAuliffe LLP, and new counsel will be assigned.  I have nobody to meet and confer with at the moment, and we do have other discovery issues.  One, which I need resolved, is reflected in my portion of the proposed joint letter, copy enclosed.

Thank you for your attention to this matter.

                                        Very truly yours,

                                        MAYO & ROGERS

                                           /s/

                                        Richard M. Rogers

RMR/dmr
cc:     Patricia K. Gillette, Esq. (415/772-6268 - FAX)



Dated: June 14, 2005

                                                           ...ON-JEREZ/JUDGE-MEJ.L3.wpd