IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMPSON, ET AL.,

        Plaintiffs,

  v.

GENENTECH, INC.,

        Defendant.

No. C 04-3272 MJJ

**SCHEDULING ORDER**

Before the Court is the parties' stipulated request to extend the non-expert discovery cut-off in this matter to September 15, 2005. The Court hereby **GRANTS** the parties' request. Also before the Court is Defendant's motion to amend the Court's pretrial order to extend the other deadlines in this matter, including the date for hearing dispositive motions, expert discovery deadlines, and the trial date. The Court hereby **DENIES** Defendant's request to alter the trial date, but amends the other pretrial deadlines as follows:

    TRIAL:  **November 28, 2005, at 8:30 am,** as originally scheduled**.**

    PRETRIAL CONFERENCE DATE:     **November 15, 2005, at 3:30 pm**

    NON-EXPERT DISCOVERY CUTOFF:     **September 15, 2005**

    DESIGNATION OF EXPERTS:  **October 18, 2005**

    EXPERT REPORTS:     **October 25, 2005**

    DESIGNATION OF SUPPLEMENTAL/REBUTTAL EXPERTS:     **November 4, 2005**

SUPPLEMENTAL/REBUTTAL REPORTS:   **November 4, 2005**

EXPERT DISCOVERY CUTOFF:   **November 11, 2005**

DISPOSITIVE MOTIONS SHALL BE HEARD BY:   **October 11, 2005**

SETTLEMENT CONFERENCE SHALL BE HELD BEFORE MAGISTRATE JUDGE LAPORTE AND SCHEDULED TO TAKE PLACE:   **early November 2005**

The parties should refer to the Court's Pretrial Order, dated November 16, 2004, for specific instructions related to these new deadlines.

Oral argument on Defendant's motion, currently scheduled for Tuesday, August 2, 2005, at 9:30 am, is hereby **VACATED**.

This Order terminates docket entry numbers 39 and 48.

**IT IS SO ORDERED.**

Dated: August 1, 2005

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2