IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARLENE THOMPSON and
DONNA JEREZ,

        Plaintiff(s),

vs.

GENENTECH, INC.,

        Defendant.

No. C 04-03272 MJJ (MEJ)

**ORDER SCHEDULING MEET AND CONFER SESSION**

    The Court is now in receipt of three discovery dispute letters from the parties, none of which comply with Judge James' discovery standing order. As the parties appear unable to prepare a joint letter without the Court's assistance, the Court hereby ORDERS the parties to appear for a meet and confer session on September 27, 2005 at 9:30 a.m. in Judge James' chambers, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. At this session, the parties shall come prepared to meaningfully discuss any outstanding discovery issues and, if unable to resolve their disputes, prepare a letter in accordance with the discovery standing order. The parties shall bring a laptop and diskette for preparation of said letter. However, if the parties resolve their disputes before September 27, or file a joint letter after properly meeting and conferring, this Order shall be vacated.

    **IT IS SO ORDERED.**

Dated: September 19, 2005

MARIA-ELENA JAMES
United States Magistrate Judge