IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE THOMPSON and<br>DONNA JEREZ,<br><br>            Plaintiff(s),<br><br>   vs.<br><br>GENENTECH, INC.,<br><br>            Defendant.<br>_____/ | No. C  04-03272 MJJ (MEJ)<br><br>**ORDER CONTINUING HEARING RE:<br>PLAINTIFFS' MOTION FOR ISSUES<br>SANCTIONS** |

   Pending before the Court is Plaintiffs' Motion for Issues Sanctions, filed on September 20, 2005, with a noticed hearing date of November 1, 2005.  Please take notice that the Court hereby CONTINUES the hearing to November 3, 2005 at 10:00 a.m.

   **IT IS SO ORDERED.**

Dated: September 26, 2005

MARIA-ELENA JAMES
United States Magistrate Judge