IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE THOMPSON and<br>DONNA JEREZ,<br><br>    Plaintiff(s),<br><br>vs.<br><br>GENENTECH, INC.,<br><br>    Defendant. | No. C 04-03272 MJJ (MEJ)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO CONTINUE HEARING RE: PLAINTIFFS' MOTION FOR ISSUES SANCTIONS** |

The Court is in receipt of Defendant's request to continue the hearing on Plaintiff's motion for issue sanctions, as well as Plaintiffs' opposition thereto. Good cause appearing, the Court hereby CONTINUES the hearing to November 10, 2005 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 4, 2005

MARIA-ELENA JAMES
United States Magistrate Judge