E-filing

1  RICHARD M. ROGERS, #045843
   MAYO & ROGERS
2  114 Sansome Street, #1310
   San Francisco, CA 94104
3  Telephone: 415/397-1515
   Facsimile: 415/397-1540
4  Email: RogersRMR@aol.com

5  Attorneys for Plaintiffs
   ARLENE THOMPSON and
6  DONNA JEREZ

**FILED**

OCT 14 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE THOMPSON and DONNA JEREZ,<br><br>    Plaintiffs,<br><br>v.<br><br>GENENTECH, INC.,<br><br>    Defendant. | CASE NO. C04-03272 MJJ [ECF]<br><br>Case filed: 08/11/04<br>Trial date: 11/28/05<br><br>PLAINTIFFS' APPLICATION TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTIONS TO STRIKE MOTION FOR PARTIAL SUMMARY JUDGMENT FROM THE RECORD; [~~PROPOSED~~] ORDER<br><br>Date: 10/18/05<br>Time: 9:30 a.m.<br>Location: Courtroom 11 |

Plaintiffs apply to the Court for permission to file a brief and Declarations replying to Defendant's Response to Plaintiff[s']Objection[s] and Motion[s] to Strike Motion[s] for Partial Summary Judgment.

This situation, where a summary judgment motion is filed while the moving party is in violation of an Order compelling discovery, is new to Plaintiff's counsel. We are within fourteen days of the noticed hearing, and Plaintiffs are uncertain as to what rules apply.

Respectfully submitted,

Dated:   10/06/05

MAYO & ROGERS

By: /s/
RICHARD M. ROGERS
Attorneys for Plaintiff

IT IS SO ORDERED. The Application is GRANTED.

Dated: 10/14/2005   By: _____
JUDGE OF THE U.S. DISTRICT COURT