```
 1  RICHARD M. ROGERS, #045843
    MAYO & ROGERS
 2  114 Sansome Street, #1310
    San Francisco, CA 94104
 3  Telephone:   415/397-1515
    Facsimile:   415/397-1540
 4  Email:       RogersRMR@aol.com

 5  Attorneys for Plaintiffs
    ARLENE THOMPSON and
 6  DONNA JEREZ
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ARLENE THOMPSON and DONNA JEREZ, | ) ) ) | **CASE NO. C04-03272 MJJ (MEJ) [ECF]** |
|---|---|---|
| Plaintiffs, | ) ) ) | Case filed:  08/11/04<br>Trial date:  11/28/05 |
| v. | ) ) ) | **[PROPOSED] ORDER RE DISCOVERY DISPUTE AND ISSUES SANCTIONS** |
| GENENTECH, INC., | ) ) ) | |
| Defendant. | ) ) ) | Date:      11/01/05<br>Time:      10:00 a.m.<br>Location:  Courtroom B |

Plaintiffs' Motion for Issue Sanctions came for a hearing before The Honorable Maria-Elena James on November 10, 2005, at 10:00 a.m. Richard M. Rogers appeared for Plaintiffs Arlene Thompson and Donna Jerez, and Patricia K. Gillette and Mary F. Riley appeared for Defendant Genentech, Inc. After reviewing the papers and having considered the arguments presented,

IT IS HEREBY ORDERED that:

The hearing on Plaintiffs' Motion for Sanctions shall be continued to a future date to be set by the Court;

Defendant Genentech, Inc., shall produce to Plaintiffs' counsel by Friday, November 18, 2005, the following data:

For use only by Plaintiffs' counsel and his expert, a spreadsheet in the form previously provided for the Facilities and CIT departments showing the names of all S3 and S4 managers and the department at time of termination, whether Facilities or CIT, for the period January 1, 2000, to December 31, 2004;

For use by Plaintiffs, a spreadsheet in the form previously provided showing the names of all S3 and S4 managers, but excluding salaries. The spreadsheet shall show the department at the time of termination for persons employed in Facilities and CIT.

Dated: November 14, 2005

By: _____
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA