| | |
|---|---|
| 1 | RICHARD M. ROGERS, #045843<br>MAYO & ROGERS |
| 2 | 114 Sansome Street, #1310<br>San Francisco, CA 94104 |
| 3 | Telephone: 415/397-1515<br>Facsimile: 415/397-1540 |
| 4 | Email: RogersRMR@aol.com |
| 5 | Attorneys for Plaintiffs<br>ARLENE THOMPSON and |
| 6 | DONNA JEREZ |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ARLENE THOMPSON and<br>DONNA JEREZ,<br><br>   Plaintiffs,<br><br>   v.<br><br>GENENTECH, INC.,<br><br>   Defendant. | CASE NO. C04-03272 MJJ [ECF]<br><br>Case filed: 08/11/04<br>Trial date: 09/18/06<br><br>**PLAINTIFFS' APPLICATION TO FILE LATE DECLARATION OF RICHARD M. ROGERS IN OPPOSITION TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT** and ORDER<br><br>Date: 05/23/06<br>Time: 9:30 a.m.<br>Location: Courtroom 11 |
|---|---|

THOMPSON-JEREZ/
DM4SUM2.RMR2-APL.wpd

C04-03272 MJJ [ECF] – Plaintiffs' Application to File Late Declaration of Richard M. Rogers in Opposition to Defendant's Motions for Summary Judgment

1 | Plaintiffs apply to the Court to file a late Supplemental Declaration of Richard M. Rogers in
2 | Opposition to Defendant's Motions for Summary Judgment (copy attached hereto as Exhibit 1) on
3 | the ground that Mr. Rogers overlooked two evidentiary points in the rush to put together the
4 | opposing papers on time.

Respectfully submitted,

Dated: 5-5-06

MAYO & ROGERS

By: [signature]
RICHARD M. ROGERS
Attorneys for Plaintiff

**IT IS SO ORDERED.**

Dated: 5/10/2006     By: [signature]
JUDGE OF THE U.S. DISTRICT COURT

THOMPSON-JEREZ/
DM4SUM2.RMR2-APL.wpd

C04-03272 MJJ [ECF] – Plaintiffs' Application to File Late Declaration of Richard M. Rogers in Opposition to Defendant's Motions for Summary Judgment       1