**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMPSON, et al.

    Plaintiffs,

    v.

GENENTECH INC.

    Defendant.
_____/

No. C-04-03272 MJJ (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for August 2, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until August 17, 2006 at **1:30 p.m**.

Settlement Conference statements, if not previously submitted, are due **August 7, 2006.** All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: July 20, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge